VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 244
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Christian M. Burke*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN M. BURKE, | Case No.: 2:17-cv-00494-JAD-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| CAPITAL ONE, N.A. aka CAPITAL ONE FINANCIAL CORPORATION, aka CAPITAL ONE SERVICES, LLC., KOHL's DEPARTMENT STORES, INC; EXPERIAN INFORMATION SOLUTIONS INC.; and EQUIFAX, INC., | ECF No. 20 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., by and through their undersigned counsel of record and representation having been made between these parties in the above-captioned and numbered matter having been amicably and finally settled between them, the action against Defendant EXPERIAN INFORMATION SOLUTIONS, INC. may be dismissed without prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party is to bear their own fees and costs.

DATED this 22nd day of May, 2017

THE LAW OFFICE OF VERNON NELSON

By: /s/ Vernon Nelson
Vernon A. Nelson, Jr. Esq.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiff Christian Burke*

DATED this 22nd day of May, 2017

SNELL & WILMER L.L.P.

/s/ Bob L. Olson
Bob L. Olson, Esq.
Nevada Bar No.: 3783
Charles E. Gianelloni, Esq.
Nevada Bar No.: 12747
V.R. Bohman, Esq.
Nevada Bar No.: 13075
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
cgianelloni@swlaw.com
vbohman@swlaw.com
*Attorneys for Experian Information Solutions, Inc.*

Dated this 22nd day of May, 2017.

BALLARD SPAHR LLP

/s/ Kyle Ewing
Joel Tasca, Esq.
Nevada Bar No.: 14124
Kyle Ewing, Esq.
Nevada Bar No.: 14051
100 North City Parkway, Suite 1750
Las Vegas, NV 89106-4617
Phone: 702.471-7000
Facsimile: 702-471-7070
Email: tasca@ballardspahr.com
ewingk@ballardspahr.com
*Attorneys for Defendants Capital One, N.A. and Kohl's Department Stores, Inc.*

Dated this 22nd day of May, 2017.

SNELL & WILMER L.L.P.

/s/ Bradley T. Austin
Bradley T. Austin, Esq.
Nevada Bar No.: 13064
3883 Howard Hughes Pkwy,
Suite 1100 Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com
*Attorneys for Defendant Equifax, Inc*

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Based on the parties' stipulation [ECF No. 20] and good cause appearing, IT IS HEREBY ORDERED that **the claims against Experian Information Solutions, Inc. are DISMISSED** with prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer Dorsey
6-1-17