VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 244
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Christian M. Burke*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN M. BURKE,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A. aka CAPITAL ONE FINANCIAL CORPORATION, aka CAPITAL ONE SERVICES, LLC., KOHL's DEPARTMENT STORES, INC; EXPERIAN INFORMATION SOLUTIONS INC.; and EQUIFAX, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00494-JAD-CWH<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTY**<br><br>ECF No. 21 |

Plaintiff, CHRISTIAN M. BURKE ("Plaintiff") and Defendant, EQUIFAX, INC. ("Defendant") jointly submit this Stipulation regarding the substitution of EQUIFAX INFORMATION SERVICES LLC as Defendant in place of Defendant EQUIFAX, INC.

WHEREAS, Plaintiff filed an action against the Defendant for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et. seq ("FCRA"), and related state law claims on February 17, 2017.

WHEREAS, as information became available during discovery, Plaintiff learned that

EQUIFAX, INC, the named Defendant in this action is a holding company for EQUIFAX INFORMATION SERVICES LLC, and is not a credit reporting agency subject to the FCRA.

WHEREAS, counsel for both parties have agreed that EQUIFAX INFORMATION SERVICES, LLC. is the proper party to this litigation and should be substituted for EQUIFAX, INC. as a Defendant in the above-captioned matter so that all claims made against EQUIFAX, INC. are now made against EQUIFAX INFORMATION SERVICES LLC.

WHEREAS, the Plaintiff will amend their complaint to reflect EQUIFAX INFORMATION SERVICES LLC as a Defendant in place of EQUIFAX, INC. in the above-referenced caption. Defendant does not oppose to the Plaintiff amending their complaint.

WHEREAS, by this joint request, the parties move, subject to the approval of the Court, to dismiss EQUIFAX, INC. from this action and remove EQUIFAX, INC. from the case caption and replace with EQUIFAX INFORMATION SERVICES LLC.

WHEREAS EQUIFAX INFORMATION SERVICES LLC expressly reserves all defenses, including any statute of limitations defenses.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this action that:

1. EQUIFAX, INC., shall be dismissed from this case, without prejudice;

2. The caption in this proceeding shall be amended to remove EQUIFAX, INC. as a defendant and shall be replaced by EQUIFAX INFORMATION SERVICES LLC. as a Defendant;

/ / /

/ / /

/ / /

/ / /

/ / /

3. EQUIFAX INFORMATION SERVICES LLC expressly reserves all defenses, including any statute of limitations defenses.

| DATED this 22nd day of May, 2017 | DATED this 22nd day of May, 2017 |
|---|---|
| THE LAW OFFICE OF VERNON NELSON | SNELL & WILMER, LLP |
| /s/ Vernon A. Nelson<br>VERNON NELSON, ESQ.<br>Nevada Bar No.: 6434<br>9480 S. Eastern Avenue, Suite 244<br>Las Vegas, NV 89123<br>Tel: 702-476-2500<br>Fax: 702-476-2788<br>E-Mail: vnelson@nelsonlawfirmlv.com<br>*Attorney for Plaintiff Christian M. Burke* | /s/ Bradley T. Austin<br>Bradley T. Austin, Esq.<br>Nevada State Bar No. 13064<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Pkwy,<br>Suite 1100 Las Vegas, NV 89169<br>Tel: 702-784-5200<br>Fax: 702-784-5252<br>Email: baustin@swlaw.com<br>*Attorneys for Equifax Information Services LLC* |
| Dated this 22nd day of May, 2017. | Dated this 22nd day of May, 2017. |
| SNELL & WILMER L.L.P. | BALLARD SPAHR LLP |
| /s/ Bob L. Olson<br>Bob L. Olson, Esq.<br>Nevada Bar No.: 3783<br>Charles E. Gianelloni, Esq.<br>Nevada Bar No.: 12747<br>V.R. Bohman, Esq.<br>Nevada Bar No.: 13075<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Email: bolson@swlaw.com<br>cgianelloni@swlaw.com<br>vbohman@swlaw.com<br>*Attorneys for Experian Information Solutions, Inc.* | /s/ Kyle Ewing<br>Joel Tasca, Esq.<br>Nevada Bar No.: 14124<br>Kyle Ewing, Esq.<br>Nevada Bar No.: 14051<br>100 North City Parkway, Suite 1750<br>Las Vegas, NV 89106-4617<br>Phone: 702.471-7000<br>Facsimile: 702-471-7070<br>Email: tasca@ballardspahr.com<br>ewingk@ballardspahr.com<br>*Attorneys for Defendants Capital One, N.A. and Kohl's Department Stores, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 6-1-17

CASE NO: 2:17-cv-00494-JAD-CWH